UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VICTOR NUNEZ, )<br>)<br>          Plaintiff, )<br>)<br>vs. )<br>)<br>THOMAS SPILLER, WEXFORD HEALTH )<br>SOURCES, DR. VIPIN SHAH, CHRISTINE )<br>BROWN, DENNIS ELS, K. MELVIN AND )<br>MAJOR MALCOM, )<br>          Defendant. ) | No.  3:15-cv-00514-SMY |

## **STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED to by the respective parties herein that all matters in controversy as to Defendant Dennis Els have been compromised and settled to the satisfaction of Plaintiff and Defendant Dennis Els; and that further, this cause of action shall be dismissed with prejudice as to Defendant Dennis Els and without cost to any party herein.

Attorney for Plaintiff                                             Attorney for Defendant

/s/ Caleb D. Hawkins                                           /s/ James D. Komsthoeft
CALEB D. HAWKINS                                          JAMES D. KOMSTHOEFT, ESQ.
SANDBERG PHOENIX & VON                            LAW OFFICES OF MARC E. ABRAMSON
GONTARD P.C.                                                    161 N. Clark Street, Suite 1800
600 Washington Ave, 15th Floor                          Chicago, IL 60601
St. Louis, MO 63101                                             Phone:  (312) 251-3530
Phone: (314) 231-3332                                          james.komsthoeft@farmersinsurance.com
chawkins@sandbergphoenix.com                         ATTY NO. 6276596
ATTY NO. 6292974