### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VICTOR NUNEZ, #K-72060, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-514-SMY-RJD |
| ) | |
| THOMAS SPILLAR, WEXFORD HEALTH ) | |
| SOURCES, DR. VIPIN SHAH, CHRISTINE ) | |
| BROWN, DENNIS ELS, K. MELVIN, and ) | |
| MAJOR MALCOM, ) | |
| ) | |
| Defendants. ) | |

### OCTOBER 10, 2018 STATUS REPORT

Defendant, Christine Brown, by and through her attorney, Lisa Madigan, Attorney General for the State of Illinois, hereby submits a status report concerning the settlement in this case, stating as follows:

1. On September 25, 2018, the undersigned received settlement paperwork signed by the proper officials at the Illinois Department of Corrections.

2. On October 5, 2018, the undersigned sent the settlement paperwork to the Office of the Illinois Attorney General in Chicago for the appropriate signatures.

3. Once the Office of the Illinois Attorney General in Chicago returns the signed paperwork, the undersigned will forward the paperwork to the Illinois Department of Corrections which will send the paperwork to Central Management Services for processing and payment.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests this honorable Court accept this status report and deem Defendant to be in compliance with the Court's order requiring a status report concerning settlement in this case.

                                        Respectfully submitted,

                                        CHRISTINE BROWN,

                                            Defendant,

| | |
|---|---|
| Clayton J. Ankney, #6320224 | LISA MADIGAN, Illinois Attorney General, |
| Assistant Attorney General | |
| 500 South Second Street | Attorney for Defendant, |
| Springfield, Illinois 62701 | |
| (217) 782-2077 Phone | By: s/ Clayton J. Ankney |
| (217) 524-5091 Fax | Clayton J. Ankney |
| Email: cankney@atg.state.il.us | Assistant Attorney General |

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VICTOR NUNEZ, #K-72060, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-514-SMY-RJD |
| ) | |
| THOMAS SPILLAR, WEXFORD HEALTH ) | |
| SOURCES, DR. VIPIN SHAH, CHRISTINE ) | |
| BROWN, DENNIS ELS, K. MELVIN, and ) | |
| MAJOR MALCOM, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2018, the foregoing document, ***October 10, 2018 Status Report***, was electronically filed with the Clerk of the Court using the CM/ECF system which will electronically send notice to:

Mary Ann Hatch – mah@herzogcrebs.com
Caleb D. Hawkins – chawkins@sandbergphoenix.com
James Daniel Komsthoeft – james.komsthoeft@farmersinsurance.com


s/ Clayton J. Ankney
Clayton J. Ankney
Assistant Attorney General

3